NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

NEIL HAVENS RODREICK, II, *Petitioner.*

NO. 1 CA-CR 21-0406 PRPC
FILED 12-9-2021

Petition for Review from the Superior Court in Yavapai County
No. P1300CR20070142
The Honorable Debra R. Phelan, Judge *Pro Tempore*

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Steven A. Young
*Counsel for Respondent*

Neil Havens Rodreick, II, Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Peter B. Swann, Judge David D. Weinzweig, and Judge Paul J. McMurdie delivered the decision of the Court.

**PER CURIAM**:

**¶1**          Petitioner Neil Havens Rodreick, II seeks review of the superior court's order denying his petition for post-conviction relief.  This is petitioner's second petition.[1]

**¶2**          Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief.  *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not established an abuse of discretion.

**¶4**          We grant review and deny relief.



AMY M. WOOD • Clerk of the Court
FILED:      AA

---

[1]          Petitioner filed an untimely Motion for Extension of Time to File Reply to State's Response.  After consideration, this motion is denied.